DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID WAYNE TALLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2442

[October 17, 2019]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 562000CF001911A.

David Wayne Talley, Polk City, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***